UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : RELATED TO DOCUMENT NO. 10

LUIS ANGEL MORATO-LARA : CASE NO. 1-16-02379-MDF

       Debtor : CHAPTER 7

**PRAECIPE TO WITHDRAW**

Please withdraw the Application for Allowance of Compensation filed July 18, 2016, to Docket No. 10.

            PURCELL, KRUG & HALLER

            By:/s/Leon P. Haller
               Leon P. Haller
               1719 North Front Street
               Harrisburg, PA 17102-2392
               (717)234-4178
               Attorney ID #15700
               lhaller@pkh.com

Dated: July 20, 2016