Certificate Number: 01401-PAM-DE-027879415

Bankruptcy Case Number: 16-02379


01401-PAM-DE-027879415

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2016, at 12:48 o'clock AM EDT, Luis A Morato-Lara completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 9, 2016  By: /s/Jeremy_Lark

Name: Jeremy_Lark

Title: FCC Manager