# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LUIS ANGEL MORATO-LARA | : | Case No. 1-16-02379-MDF |
| Debtor | : | |
| PNC BANK, N.A | : | Chapter 7 |
| Movant | : | |
| vs. | : | |
| LUIS ANGEL MORATO-LARA | : | |
| Debtor | : | |
| and | : | |
| | : | |
| LEON P. HALLER | : | |
| Trustee: | | |

## <u>O R D E R</u>

AND NOW, this _____ day of _____, 2016, upon

consideration of Motion for Reconsideration of Order Dated August 23, 2016, good cause

appearing therefore, IT IS HEREBY ORDERED AND DECREED that the Order of

August 23, 2016 be vacated.