September 2, 2016

Dear Sirs:

I'm writing this letter to file a formal complaint (judgement) against Luis Angel Morato-Lara. Mr. Morato-Lara and I have a storied and strained tenant/landlord relationship. I have been occupying his property at 1727 N 6th street for over 3 plus years. He does not comply with the city codes or his responsibilities as a landlord. I have written documentation to prove each and every issue I have with him.

I have completed thousands of dollars in repairs including but not limited to: heating, plumbing, electrical and cosmetic work and upgrades that he agreed to compensate me for that he has not done so to date. I have taken him to court several times to retrieve payment with no success since he refuses to attend to the proceedings.

Mr. Morato-Lara's property that I currently occupy has been up for tax sale every year since I've been a tenant. I would really appreciate your assistance in this matter so that I may continue on in my business without being financially strained by his refusal to pay.

As stated before, I have written documentation (court filings, receipts, inspection reports) for all my claims against Mr. Morato-Lara.

You're attention to this matter is greatly appreciated.

Thank you,

*[signature]*

Anthony Pierce
313 Peffer Street
Harrisburg, PA 17102

FILED HARRISBURG, PA 2016 SEP -6 AM 11:21 CLERK U.S. BANKRUPTCY COURT