# United States Bankruptcy Court
Middle District of Pennsylvania
Federal Building and U.S. Courthouse
P.O. Box 1263
Harrisburg, Pennsylvania 17108-1263

**Mary D. France**
Bankruptcy Judge

September 6, 2016

Mr. Anthony Pierce
313 Peffer Street
Harrisburg PA 17102

Mr. Pierce:

The Court received your letter regarding case number 1:16-bk-02379 MDF of Luis Angel Morato-Lara. This is a Chapter 7 Bankruptcy case that is being administered by a Trustee. If you have any questions about the administration of the case please contact the Chapter 7 Trustee, Attorney Leon Haller at 717-233-1149.

The Court will not be able to take any action in response to your requests. Your letter does not constitute a pleading on which the Court can grant relief.

The Court and its staff are prohibited from providing legal advice to any party. The Court can therefore only encourage you to seek counsel to assist you in protecting any rights you may have.

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Date: September 6, 2016

**cc: Leon P Haller**
lhaller@pkh.com