```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02379-MDF
Luis Angel Morato-Lara                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CGambini    Page 1 of 1    Date Rcvd: Sep 07, 2016
                Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
cr        +Anthony Pierce,    313 Peffer Street,    Harrisburg, PA 17102-1834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
       Joshua I Goldman    on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       Leon P Haller    on behalf of Trustee Leon P. Haller (Trustee) lhaller@pkh.com, dmaurer@pkh.com
       Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
       Stephen Wade Parker    on behalf of Debtor Luis Angel Morato-Lara Mooneybkecf@gmail.com, wade@swparkerlaw.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                         TOTAL: 5

# United States Bankruptcy Court
Middle District of Pennsylvania
Federal Building and U.S. Courthouse
P.O. Box 1263
Harrisburg, Pennsylvania 17108-1263

**Mary D. France**
Bankruptcy Judge

September 6, 2016

Mr. Anthony Pierce
313 Peffer Street
Harrisburg PA 17102

Mr. Pierce:

The Court received your letter regarding case number 1:16-bk-02379 MDF of Luis Angel Morato-Lara. This is a Chapter 7 Bankruptcy case that is being administered by a Trustee. If you have any questions about the administration of the case please contact the Chapter 7 Trustee, Attorney Leon Haller at 717-233-1149.

The Court will not be able to take any action in response to your requests. Your letter does not constitute a pleading on which the Court can grant relief.

The Court and its staff are prohibited from providing legal advice to any party. The Court can therefore only encourage you to seek counsel to assist you in protecting any rights you may have.

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Date: September 6, 2016

cc: Leon P Haller
lhaller@pkh.com