```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02379-MDF
Luis Angel Morato-Lara                                              Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 1    Date Rcvd: Sep 22, 2016
                     Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.
      +Linda Goldberg,   Keller Williams of Central PA,   4242 Carlisle Pike,   Camp Hill, PA 17011-4163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:
         Joshua I Goldman    on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         Leon P Haller    on behalf of Trustee Leon P. Haller (Trustee) lhaller@pkh.com,  dmaurer@pkh.com
         Leon P. Haller (Trustee)    lhaller@pkh.com,  lrynard@pkh.com;lhaller@ecf.epiqsystems.com
         Stephen Wade Parker    on behalf of Debtor Luis Angel Morato-Lara Mooneybkecf@gmail.com, wade@swparkerlaw.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                       TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
LUIS ANGEL MORATO-LARA : CASE NO. 1-16-bk-02379-MDF
:
Debtor : CHAPTER 7

### ORDER OF COURT APPROVING EMPLOYMENT OF REAL ESTATE BROKER

Upon consideration of the foregoing Application for Employment of Real Estate Broker, it is HEREBY ORDERED as follows:

The employment of Keller Williams of Central PA as real estate broker for Leon P. Haller, Trustee for Luis Angel Morato-Lara for the sale of property located at 2237 Penn Street, Harrisburg, Pennsylvania 17110, is hereby approved upon the terms and conditions set forth in the foregoing Application.

Dated: September 22, 2016

By the Court,

*Mary D. France*
Bankruptcy Judge
(CG)

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).