```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                             Case No. 16-02379-MDF
Luis Angel Morato-Lara                                             Chapter 7
      Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CGambini          Page 1 of 1          Date Rcvd: Nov 08, 2016
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2016.
db             +Luis Angel Morato-Lara,   1102 N. Second Street,   Harrisburg, PA 17102-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leon P Haller    on behalf of Trustee Leon P. Haller (Trustee) lhaller@pkh.com,   dmaurer@pkh.com
              Leon P Haller    on behalf of Plaintiff Leon P. Haller (Trustee) lhaller@pkh.com,   dmaurer@pkh.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              Stephen Wade Parker    on behalf of Debtor Luis Angel Morato-Lara Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                            :
                                                  : CASE NO. 1-16-02379-MDF
LUIS ANGEL MORATO-LARA                            :
                                                  : CHAPTER 7
        Debtor                          :
                                                  :
LEON P. HALLER, Trustee in Bankruptcy             :
for LUIS ANGEL MORATO-LARA                        :
                                                  :
        Movant                          :

## ORDER APPROVING SALE OF REAL ESTATE

  UPON consideration of Trustee's Motion to Sell Real Estate, notice to creditors having been given and no objections having been filed to Trustee's notice, to sell at private sale real property at 2237 Penn Street, Harrisburg, Pennsylvania , to Martin D. Montgomery or his heirs and assigns for the sum of $19,000.00, after due Notice to creditors and other parties in interest,

    IT IS HEREBY ORDERED AND DECREED that Leon P. Haller, Trustee is hereby authorized to sell and convey the above described property to Martin D. Montgomery or his heirs and assigns, for the sum of $19,000.00, FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES. The Trustee is authorized to pay the following at settlement:

(a) Past due real estate taxes and municipal bills including water and sewer pro rated to the date of settlement.
(b) One (1%) transfer tax, notarization fee and incidental recording fees and other normal and customary costs associated with the sale of real property in Pennsylvania.
(c) Realtor's commission of $3,000.00 to Keller Williams Realty.
(d) Payoff to PNC Bank, N.A.
(e) One-half of net proceeds to Andrea L. Morato-Lara, co-owner of the property.
(f) One-half of net proceeds to Trustee to deposit in the Estate Account pending further Order.

**Trustee is authorized to execute any and all documents necessary to effectuate the sale.**

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Dated: November 8, 2016

Case 1:16-bk-02379-MDF    Doc 38    Filed 11/10/16    Entered 11/11/16 00:51:50    Desc
                 Imaged Certificate of Notice    Page 2 of 2