```
                               United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                      Case No. 16-02379-MDF
Luis Angel Morato-Lara                                                      Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini                  Page 1 of 2                  Date Rcvd: Jan 10, 2017
                              Form ID: ntasset                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db          +Luis Angel Morato-Lara,    1102 N. Second Street,    Harrisburg, PA 17102-3108
cr          +Anthony Pierce,    313 Peffer Street,    Harrisburg, PA 17102-1834
4797429     +ANTHONY PIERCE,    1727 N 6TH ST,    HARRISBURG, PA 17102-1108
4797431     +ANTHONY RODRIGUEZ A.K.A. ANTHONY PIERCE,    ANTHONY PIERCE RODRIGUEZ A.K.A.,    1727 N 6TH ST,
              HARRISBURG, PA 17102-1108
4797432     +CAPITAL REGION WATER,    100 PINE DR,    HARRISBURG, PA 17103-1260
4797436     +CAPITAL TAX COLLECTION BUREAU,    PO BOX 60689,    HARRISBURG, PA 17106-0689
4797439     +CITY TREASURER,    10 North Second Street, Suite 103,    HARRISBURG, PA 17101-1679
4841139      DAUPHIN COUNTY TAX CLAIM BUREAU,    P O BOX 1295,    HARRISBURG, PA  17108-1295
4797443     +DAUPHIN COUNTY TREASURER,    101 MARKET ST. ROOM 105,    HARRISBURG, PA 17101-2012
4797446     +Estate of Raymond G. White, Sr.,    c/o Michael E. Yellot, Esquire,
              524 N. Providence Road, Suite 201,    Media, PA 19063-3056
4797447     +M & T Bank,    Attn: Bankruptcy Dept.,    110 Wehrle Drive,    Buffalo, NY 14225
4797454     +MAGISTERIAL DISTRICT#: MDJ-12-2-04,     1805 N CAMERON ST,    HARRISBURG, PA 17103-1021
4797448     +Magisterial District Court 12-2-03,     50 Canal Street,    Middletown, PA 17057-1568
4797460     +PPL ELECTRIC UTILITIES,    827 HAUSMAN RD,    ALLENTOWN, PA 18104-9392
4797456     +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
4797457     +Penn Credit Corporation,    Attn: Bankruptcy,    PO Box 988,    HARRISBURG, PA 17108-0988
4797459     +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
4797465     +Rebecca White,    c/o Michael E. Yellot, Esquire,    524 N. Providence Road, Suite 201,
              Media, PA 19063-3056
4797466     +Seterus,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
4797468     +Torres Crdit,    27 Fairview,    Carlisle, PA 17015-3200
4797469     +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4797428      EDI: AMEREXPR.COM Jan 10 2017 19:03:00      Amex,    P.O. Box 297871,
              Fort Lauderdale, FL 33329-7871
4797437     +EDI: CHASE.COM Jan 10 2017 19:03:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4797438     +EDI: CITICORP.COM Jan 10 2017 19:03:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
4797445     +EDI: DISCOVER.COM Jan 10 2017 19:03:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
4797467     +EDI: SWCR.COM Jan 10 2017 19:03:00      Southwest Credit Syste,    4120 International Pkwy,
              Carrollton, TX 75007-1958
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4797430*    +ANTHONY PIERCE,    1727 N 6TH ST,    HARRISBURG, PA 17102-1108
4797435*    +CAPITAL REGION WATER,    100 PINE DR,    HARRISBURG, PA 17103-1260
4797433*    +CAPITAL REGION WATER,    100 PINE DR,    HARRISBURG, PA 17103-1260
4797434*    +CAPITAL REGION WATER,    100 PINE DR,    HARRISBURG, PA 17103-1260
4797440*    +CITY TREASURER,    10 North Second Street, Suite 103,    HARRISBURG, PA 17101-1679
4797441*    +CITY TREASURER,    10 North Second Street, Suite 103,    HARRISBURG, PA 17101-1679
4797442*    +CITY TREASURER,    10 North Second Street, Suite 103,    HARRISBURG, PA 17101-1679
4797444*    +DAUPHIN COUNTY TREASURER,    101 MARKET ST. ROOM 105,    HARRISBURG, PA 17101-2012
4797455*    +MAGISTERIAL DISTRICT#: MDJ-12-2-04,     1805 N CAMERON ST,    HARRISBURG, PA 17103-1021
4797449*    +Magisterial District Court 12-2-03,     50 Canal Street,    Middletown, PA 17057-1568
4797450*    +Magisterial District Court 12-2-03,     50 Canal Street,    Middletown, PA 17057-1568
4797451*    +Magisterial District Court 12-2-03,     50 Canal Street,    Middletown, PA 17057-1568
4797452*    +Magisterial District Court 12-2-03,     50 Canal Street,    Middletown, PA 17057-1568
4797453*    +Magisterial District Court 12-2-03,     50 Canal Street,    Middletown, PA 17057-1568
4797463*    +PPL ELECTRIC UTILITIES,    827 HAUSMAN RD,    ALLENTOWN, PA 18104-9392
4797464*    +PPL ELECTRIC UTILITIES,    827 HAUSMAN RD,    ALLENTOWN, PA 18104-9392
4797461*     PPL Electric Utilities,    827 Hausman Road,    ALLENTOWN, PA 18104-9392
4797462*     PPL Electric Utilities,    827 Hausman Road,    ALLENTOWN, PA 18104-9392
4797458*    +Penn Credit Corporation,    Attn: Bankruptcy,    PO Box 988,    HARRISBURG, PA 17108-0988
                                                                                    TOTALS: 0, * 19, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:

```
          Joshua I Goldman    on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Leon P Haller     on behalf of Trustee Leon P. Haller (Trustee) lhaller@pkh.com,   dmaurer@pkh.com
          Leon P Haller     on behalf of Plaintiff Leon P. Haller (Trustee) lhaller@pkh.com,   dmaurer@pkh.com
          Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Stephen Wade Parker    on behalf of Debtor Luis Angel Morato-Lara Mooneybkecf@gmail.com,
           wade@swparkerlaw.com
          Thomas I Puleo    on behalf of Creditor    PNC BANK N.A. tpuleo@goldbecklaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

ntasset(B204)(04/15)

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Luis Angel Morato−Lara
Debtor(s)

Chapter 7

Case No. 1:16−bk−02379−MDF

Social Security No.:
xxx−xx−1899

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **April 13, 2017**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 10, 2017 |