UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

REPORT OF PRIVATE SALE
(For Chapter 7, 11 and 13 Cases)

CASE CAPTION:                                    CASE NO. 1-16-02379-MDF

LUIS ANGEL MORATO-LARA                           CHAPTER 7

                Debtor(s)

1. DATE OF SALE: 01/04/2017          TRUSTEE'S ATTORNEY: Purcell, Krug & Haller

2. ATTORNEY FOR CREDITOR'S COMMITTEE: n/a

3. BRIEF DESCRPTION OF ASSETS: Real Estate at 2237 Penn Street, Harrisburg, PA 17110

4. REASON(S) FOR ACCEPTANCE OF PRIVATE OFFER IN LIEU OF PUBLIC SALE:

   Best Offer/Realtor

5. VALUE OF PROPERTY: 19,000.00         HOW OBTAINED: Realtor

6. PURCHASE PRICE: 19,000.00            NAME OF PURCHASER: Marvin D. Montgomery

7. HOW PURCHASER WAS OBTAINED: Realtor

8. PURCHASER'S RELATIONSHIP WITH DEBTOR: None

9. EXPENSES OF SALE: 17,824.37          NET AMOUNT REALIZED: 1,175.63

10. WERE THERE ANY OBJECTIONS MADE TO THE SALE? No (IF SO, STATE NAME OF THE OBJECTOR, REASON FOR OBJECTION, OBJECTOR'S RELATION TO THE DEBTOR AND OUTCOME OF HEARING, IF ANY):

Leon P. Haller, Trustee                  /s/ Leon P. Haller
                                         Signature

Date: 02/01/2017

(File original with Clerk's office within five (5) days of sale, even if objection is filed with copy to U.S. Trustee)

OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: 20161666 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | ☐ Other | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name & Address of Borrower:** Marvin D Montgomery

**E. Name & Address of Seller:** Andrea L. Morato-Lara, 1102 N 2nd Street, Apt 1, Harrisburg, PA 17102
Luis A Morato-Lara, 1102 N 2nd Street, Apt 1, Harrisburg, PA 17102

**F. Name & Address of Lender:**

**G. Property Location:** Property Address
2237 Penn St, Harrisburg, Pennsylvania 17110

PIN
10-061-023-000-0000

Township
, Township Harrisburg, Dauphin County, Pennsylvania

**H. Settlement Agent:** Great Road Settlement Services, LLC, 525 North 12th Street, Lemoyne, PA 17043, (717) 731-1040
**Place of Settlement:** 525 North 12th Street, Lemoyne, PA 17043

**I. Settlement Date:** 1/4/2017    **Proration Date:** 1/4/2017    **Disbursement Date:** 1/4/2017

### J. Summary of Borrower's Transaction / K. Summary of Seller's Transaction

| 100. Gross Amount Due from Borrower | | | 400. Gross Amount Due to Seller | |
|---|---|---|---|---|
| 101. Contract sales price | $19,000.00 | 401. | Contract sales price | $19,000.00 |
| 102. Personal property | | 402. | Personal property | |
| 103. Settlement charges to borrower (line 1400) | $1,241.50 | 403. | | |
| 104. | | 404. | | |
| 105. | | 405. | | |
| Adjustments for items paid by seller in advance | | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. | City/town taxes | |
| 107. County taxes | | 407. | County taxes | |
| 108. Assessments | | 408. | Assessments | |
| 109. School Taxes 1/4/2017 to 6/30/2017 | $685.67 | 409. | School Taxes 1/4/2017 to 6/30/2017 | $685.67 |
| 110. | | 410. | | |
| 111. | | 411. | | |
| 112. | | 412. | | |
| 120. Gross Amount Due from Borrower | $20,927.17 | 420. | Gross Amount Due to Seller | $19,685.67 |
| 200. Amounts Paid by or in Behalf of Borrower | | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or earnest money | $1,000.00 | 501. | Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. | Settlement charges to seller (line 1400) | $4,819.40 |
| 203. Existing loan(s) taken subject to | | 503. | Existing loan(s) taken subject to | |
| 204. | | 504. | Payoff of first mortgage loan to FIRSTTRUST | $11,653.31 |
| 205. | | 505. | Payoff of second mortgage loan | |
| 206. | | 506. | WIRE OUT PNC PAYOFF to Great Road Settl | $40.00 |
| 207. | | 507. | 1/2 per BKY ORDER to Andrea L. Morato-Lar | $1,175.62 |
| 208. | | 508. | 1/2 per BKY ORDER to Leon Haller, Trustee | $1,175.63 |
| 209. | | 509. | Delinquent Water to Capital Region Water | $814.95 |
| Adjustments for items unpaid by seller | | | Adjustments for items unpaid by seller | |
| 210. City/town taxes 1/1/2017 to 1/4/2017 | $3.74 | 510. | City/town taxes 1/1/2017 to 1/4/2017 | $3.74 |
| 211. County taxes 1/1/2017 to 1/4/2017 | $3.02 | 511. | County taxes 1/1/2017 to 1/4/2017 | $3.02 |
| 212. Assessments | | 512. | Assessments | |
| 213. | | 513. | | |
| 214. | | 514. | | |
| 215. | | 515. | | |
| 216. | | 516. | | |
| 217. | | 517. | | |
| 218. | | 518. | | |
| 219. | | 519. | | |
| 220. Total Paid by/for Borrower | $1,006.76 | 520. | Total Reduction Amount Due Seller | $19,685.67 |
| 300. Cash at Settlement from/to Borrower | | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | $20,927.17 | 601. | Gross amount due to seller (line 420) | $19,685.67 |
| 302. Less amounts paid by/for borrower (line 220) | ($1,006.76) | 602. | Less reductions in amount due seller (line 520) | ($19,685.67) |
| 303. Cash ☒ From ☐ To Borrower | $19,920.41 | 603. | Cash ☒ To ☐ From Seller | $0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTION - If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required to provide the Settlement Agent with your correct taxpayer identification number.
If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

_____
Leon P Haller
Bankruptcy Trustee

_____
Luis A Morato-Lara

| L. Settlement Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Real Estate Broker Fees based on price $19,000.00 = $3,790.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $1,995.00 to Keller Williams of Central PA | | | |
| 702. $1,795.00 to Century 21 at the Helm | | | |
| 703. Commission paid at settlement $3,790.00 | | $295.00 | $3,495.00 |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | |
| 901. Daily interest charges from | (from GFE #10) | | |
| 902. Mortgage Insurance premium for | (from GFE #3) | | |
| 903. Homeowner's insurance for | (from GFE #11) | | |
| 904. | | | |
| 905. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. City property taxes | | | |
| 1005. County property taxes | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. | | | |
| 1009. | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | | |
| 1102. Settlement or closing fee | | | |
| 1103. Owner's title insurance to Great Road Settlement Services, LLC | (from GFE #5) | $569.00 | |
| 1104. Lender's title insurance to Great Road Settlement Services, LLC | | | |
| 1105. Lender's title policy limit | | | |
| 1106. Owner's title policy limit $19,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium to Great Road Settlement Services, LLC $569.00 | | | |
| 1108. Underwriter's portion of the total title insurance premium to Stewart Title Guaranty Company $0.00 | | | |
| 1109. Efiling/Eservicing to Great Road Settlement Services, LLC | | $30.00 | |
| 1110. NOTARY to Courtney A. Burbank | | $10.00 | |
| 1111. Bankruptcy work to Miller Lipsitt, LLC | | $25.00 | |
| 1112. Water Termination to Capital Region Water | | | $25.00 |
| 1113. City Certification reimbursements to Ron Goldberg | | | $80.00 |
| 1114. WIRE IN FUNDS TO CLOSE to Great Road Settlement Services, LLC | | $35.00 | |
| 1115. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | | |
| 1202. Deed $87.50 Mortgage Releases | | $87.50 | |
| 1203. Transfer taxes | (from GFE #8) | | |
| 1204. City/County tax/stamps Deed $190.00 | | $190.00 | |
| 1205. State tax/stamps Deed $190.00 | | | $190.00 |
| 1206. UPI Certification | | | |
| 1207. E-Recording Fee | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. 2016 City Taxes (3/11/16) to Harrisburg City Treasurer | POCS $454.68 | | |
| 1303. 2016-17 School Taxes (8/30/16) to Harrisburg City Treasurer | POCS $1,413.96 | | |
| 1304. 2016 County Taxes (3/15/16) to Dauphin County Treasurer | POCS $367.53 | | |
| 1305. Refuse ($324.31), Disposal ($705.09) to Harrisburg City Treasurer | | | $1,029.40 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | $1,241.50 | $4,819.40 |

Items marked "POC" were paid outside the closing by: Borrower (POCB), Lender (POCL), Mortgage Broker (POCM), Other (POCO), Real Estate Agent (POCR), or Seller (POCS).

**CERTIFICATION:**

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement. The Settlement Agent does not warrant or represent the accuracy of information provided by any party, including information concerning POC items and information supplied by the lender in this transaction appearing on this HUD-1 Settlement Statement pertaining to "Comparison of Good Faith Estimate (GFE) and HUD-1 Charges" and "Loan Terms", and the parties hold harmless the Settlement Agent as to any inaccuracies in such matters.

_____
Marvin D Montgomery

_____
Leon P Haller
Bankruptcy Trustee

_____
Luis A Morsto-Lara

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
James A. Miller, Esq.

Date: 1-4-17

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.