```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02379-HWV
Luis Angel Morato-Lara                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: CGambini      Page 1 of 1      Date Rcvd: Dec 05, 2017
                      Form ID: pdf010    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.
db          +Luis Angel Morato-Lara,   1102 N. Second Street,   Harrisburg, PA 17102-3108
cr          +Anthony Pierce,   313 Peffer Street,   Harrisburg, PA 17102-1834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:
          Joshua I Goldman    on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Leon P Haller    on behalf of Trustee Leon P. Haller (Trustee) lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          Leon P Haller    on behalf of Plaintiff Leon P. Haller (Trustee) lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Stephen Wade Parker    on behalf of Debtor 1 Luis Angel Morato-Lara Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          Thomas I Puleo    on behalf of Creditor    PNC BANK N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                            TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LUIS ANGEL MORATO-LARA : CASE NO. 1-16-02379-HWV

                Debtor : CHAPTER 7

LEON P. HALLER, Trustee in
Bankruptcy for LUIS ANGEL
MORATO-LARA
                Movant

## O R D E R

Upon consideration of Trustee's Motion for Authority to Sell and Transfer Real Estate at Private Sale and to Settle and Compromise Claim, IT IS HEREBY ORDERED that Trustee is authorized to settle the claim of Anthony Pierce and to convey the Debtor's interest in real estate known as 1727 North Sixth Street, Harrisburg, Pennsylvania to Anthony Pierce for the sum of $5,000.00 and to execute any documents necessary for the transfer of same.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge
(KB)

Dated: December 5, 2017