IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Luis Angel Morato-Lara**

**Chapter:** 7

**Debtor(s)**

**Case No.:** 1:16-bk-02379-HWV

## CERTIFICATION OF FEES AND BILL FOR COLLECTION

I, Christopher Gambini, state that the following services have been provided to the above estate and charges in the amount of $350.00 are now due and payable.

| DATE OF SERVICE | TYPE OF SERVICE | TOTALS |
|---|---|---|
| 10/14/2016 | 1 Adversary (1:16-ap-00144-MDF) @ $350.00 | $350.00 |

| | **TOTAL AMOUNT DUE:** | $350.00 |

s/Christopher Gambini
Deputy Clerk

Date: March 23, 2018

Cert of Fees and Bill for Collections - Revised 9/17

Case 1:16-bk-02379-HWV    Doc 52    Filed 03/23/18    Entered 03/23/18 11:27:58    Desc
Main Document    Page 1 of 1