# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** PENNSYLVANIA
### HARRISBURG **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| LUIS ANGEL MORATO-LARA | § | Case No. 16-02379 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/03/2016 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      12,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,477.71 |
| Bank service fees | 160.00 |
| Other payments to creditors | 5,846.66 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 3,515.63 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/13/2017  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,950.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,700.00 , for a total compensation of $ 1,700.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 87.76 , for total expenses of $ 87.76 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/21/2018 _____     By:/s/LEON P. HALLER _____
                                                           Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-02379 | MDF | Judge: | Mary D. France | Trustee Name: | LEON P. HALLER |

Case Name: LUIS ANGEL MORATO-LARA

Date Filed (f) or Converted (c): 06/03/2016 (f)

341(a) Meeting Date: 07/11/2016

For Period Ending: 06/21/2018

Claims Bar Date: 04/13/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE AT 1102 NORTH 2ND STREET, HARRISBURG, PA | 172,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE AT 2237 PENN STREET, HARRISBURG, PA | 24,000.00 | 19,026.00 | | 7,000.00 | FA |
| 3. REAL ESTATE AT 1727 NORTH 6TH STREET, HARRISBURG, PA | 31,400.00 | 5,000.00 | | 5,000.00 | FA |
| 4. REAL ESTATE AT 2404 JEFFERSON STREET, HARRISBURG, PA | 22,200.00 | 0.00 | OA | 0.00 | FA |
| 5. 1996 FORD F37 F350-XL BOX TRUCK | 5,019.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS & FURNISHINGS - GENERAL | 1,722.50 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS & FURNISHINGS - BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 8. ELECTRONICS | 50.00 | 0.00 | | 0.00 | FA |
| 9. EQUIPMENT FOR SPORTS AND HOBBIES | 205.00 | 0.00 | | 0.00 | FA |
| 10. TOOLS OF TRADE | 950.00 | 0.00 | | 0.00 | FA |
| 11. TOOLS OF TRADE | 950.00 | 0.00 | | 0.00 | FA |
| 12. CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 13. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 14. CHECKING ACCOUNT @ FIRST NATIONAL BANK | 636.64 | 0.00 | | 0.00 | FA |
| 15. TIAA CREF RETIREMENT ACCOUNT | 2,328.18 | 0.00 | | 0.00 | FA |
| 16. CO-AUTHOR - 4 TEXTBOOKS | 1.00 | 0.00 | | 0.00 | FA |
| 17. 2 SELF-PUBLISHED POETRY BOOKS | 1.00 | 0.00 | | 0.00 | FA |
| 18. DOCTORAL THESIS | 1.00 | 0.00 | | 0.00 | FA |
| 19. 2015 FEDERAL TAX REFUND | Unknown | 0.00 | | 0.00 | FA |
| 20. 2015 STATE TAX REFUND | Unknown | 0.00 | | 0.00 | FA |
| 21. CLAIM FOR BACK RENT: ANTHONY PIERCE | 14,188.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $276,002.32        $24,026.00        $12,000.00        $0.00

Exhibit A

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/21/16  Penn St under contract. Order  anticipated allowing sale of codebtor interest. Tentative agreement to sell 6th st.
01/31/17  Penn St sold.
04/30/17  Agreement to sell 6th st. Additional history from tenant requested.
07/30/17  Pending settlement of claim and deed transfer.
12/8/17  Received order approving 6th st transfer, Next: Set up settlement.
12/20/17  Awaiting payment and settlement.
01/08/18 Settlement 1727 N 6th St

Initial Projected Date of Final Report (TFR): 07/31/2017        Current Projected Date of Final Report (TFR): 03/16/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-02379

Case Name: LUIS ANGEL MORATO-LARA

Trustee Name: LEON P. HALLER

Bank Name: Signature Bank

Account Number/CD#: XXXXXX0395

Checking

Blanket Bond (per case limit): $8,132,694.00

Separate Bond (if applicable):

Exhibit B

Taxpayer ID No: XX-XXX0293

For Period Ending: 06/21/2018

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/10/17 | | GREAT ROAD SETTLEMENT SERVICES LLC | 1/2 PROCEEDS OF SALE | | $1,175.63 | | $1,175.63 |
| | | | Gross Receipts $9,500.00 | | | | |
| | | FIRST TRUST | PAY OFF 1ST MORTGAGE ($5,826.66) | 4110-000 | | | |
| | | PNC | PAYOFF OF 2ND MORTGAGE ($20.00) | 4110-000 | | | |
| | | CAPITAL REGION WATER | DELINQUENT WATER ($407.47) | 2500-000 | | | |
| | | KELLER WILLIAMS/CENTURY 21 HELM | REALTOR COMMISSIONS ($1,747.50) | 3510-000 | | | |
| | | PRE-PAIDS | SCHOOL TAXES 01/04/2017 - 06/30/2017 ($322.74) | 2500-000 | | | |
| | 2 | | REAL ESTATE AT 2237 PENN STREET, HARRISBURG, PA $9,500.00 | 1110-000 | | | |
| 03/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,165.63 |
| 04/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,155.63 |
| 05/08/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,145.63 |
| 06/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,135.63 |
| 07/10/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,125.63 |
| 08/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,115.63 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $1,175.63 $60.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-02379

Case Name: LUIS ANGEL MORATO-LARA

Trustee Name: LEON P. HALLER

Bank Name: Signature Bank

Account Number/CD#: XXXXXX0395

Checking

Exhibit B

Taxpayer ID No: XX-XXX0293

For Period Ending: 06/21/2018

Blanket Bond (per case limit): $8,132,694.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,105.63 |
| 10/06/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,095.63 |
| 11/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,085.63 |
| 12/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,075.63 |
| 01/09/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,065.63 |
| 01/11/18 | 3 | ANTHONY M. PIERCE | PROCEEDS OF SALE Proceeds 1727 N 6th St Harrisburg | 1110-000 | $5,000.00 | | $6,065.63 |
| 01/31/18 | 1001 (2) | ANDREA MORATO-LARA | CO-OWNER 1727 NORTH 6TH STREET | 1110-000 | ($2,500.00) | | $3,565.63 |
| 02/07/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,555.63 |
| 03/07/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,545.63 |
| 04/06/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,535.63 |
| 05/07/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,525.63 |
| 06/07/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,515.63 |

COLUMN TOTALS $3,675.63 $160.00

Page Subtotals: $2,500.00 $100.00

|  | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,675.63 | $160.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,675.63 | $160.00 |

Exhibit B

Page Subtotals: $0.00 $0.00

Case 1:16-bk-02379-HWV    Doc 53    Filed 09/06/18    Entered 09/06/18 14:22:20    Desc
Main Document    Page 7 of 13

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0395 - Checking | $3,675.63 | $160.00 | $3,515.63 |
| | $3,675.63 | $160.00 | $3,515.63 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $8,324.37 |
| Total Net Deposits: | $3,675.63 |
| Total Gross Receipts: | $12,000.00 |

Page Subtotals:      $0.00      $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:16-bk-02379-MDF                                                      Date: August 24, 2018
Debtor Name: LUIS ANGEL MORATO-LARA
Claims Bar Date: 4/13/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | LEON P. HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 | Administrative | | $0.00 | $1,700.00 | $1,700.00 |
| 100 2200 | LEON P. HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 | Administrative | | $0.00 | $87.76 | $87.76 |
| 100 2700 | CLERK US BANKRUPTCY COURT | Administrative | | $0.00 | $350.00 | $350.00 |
| 3 300 7100 | CAPITAL REGION WATER<br>100 PINE DR<br>HARRISBURG, PA 17103 | Unsecured | | $0.00 | $723.87 | $0.00 |
| 4 300 7100 | CAPITAL REGION WATER<br>100 PINE DR<br>HARRISBURG, PA 17103 | Unsecured | | $0.00 | $262.82 | $262.82 |
| 5 300 7100 | CAPITAL REGION WATER<br>100 PINE DR<br>HARRISBURG, PA 17103 | Unsecured | | $0.00 | $3,522.69 | $3,522.69 |
| 6 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $15,322.96 | $15,322.96 |
| 7 300 7100 | PYOD, LLC ITS SUCCESSORS<br>AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL<br>SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $4,009.27 | $4,009.27 |
| 8 300 7100 | CAPITAL TAX COLLECITON<br>BUREAU<br>506 S STATE RD<br>MARYSVILLE, PA 17053-1001 | Unsecured | | $0.00 | $588.00 | $588.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:16-bk-02379-MDF                                                                   Date: August 24, 2018
Debtor Name: LUIS ANGEL MORATO-LARA
Claims Bar Date: 4/13/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 400 4110 | Dauphin County Tax Claim Bureau P. O. Box 1295 Harrisburg, PA 17108-1295 | Secured | | $0.00 | $3,972.19 | $0.00 |
| 2 400 4110 | Dauphin County Tax Claim Bureau P. O. Box 1295 Harrisburg, PA 17108-1295 | Secured | | $0.00 | $5,715.47 | $0.00 |
| | Case Totals | | | $0.00 | $36,255.03 | $25,843.50 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-02379
Case Name: LUIS ANGEL MORATO-LARA
Trustee Name: LEON P. HALLER

Balance on hand          $       3,515.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Dauphin County Tax Claim Bureau | $ 3,972.19 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Dauphin County Tax Claim Bureau | $ 5,715.47 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors      $       0.00

Remaining Balance      $       3,515.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LEON P. HALLER | $ 1,700.00 | $ 0.00 | $ 1,700.00 |
| Trustee Expenses: LEON P. HALLER | $ 87.76 | $ 0.00 | $ 87.76 |
| Charges: CLERK US BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses      $       2,137.76

Remaining Balance      $       1,377.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,705.74  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CAPITAL REGION WATER | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | CAPITAL REGION WATER | $ 262.82 | $ 0.00 | $ 15.28 |
| 5 | CAPITAL REGION WATER | $ 3,522.69 | $ 0.00 | $ 204.75 |
| 6 | DISCOVER BANK | $ 15,322.96 | $ 0.00 | $ 890.63 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 4,009.27 | $ 0.00 | $ 233.03 |
| 8 | CAPITAL TAX COLLECITON BUREAU | $ 588.00 | $ 0.00 | $ 34.18 |

Total to be paid to timely general unsecured creditors          $ 1,377.87

Remaining Balance          $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE