UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISON

In re: § Case No. 16-02379
LUIS ANGEL MORATO-LARA § Chapter 7
§
Debtor(s) §
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LEON P. HALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

228 Walnut Street, 3rd Floor
Harrisburg, PA 17108

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/17/18            By:  LEON P. HALLER
                                       TRUSTEE

LEON P. HALLER
1719 NORTH FRONT STREET
HARRISBURG, PA  17102

UST Form 101-7-NFR(7/1/2009)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

In Re: § §
§
LUIS ANGEL MORATO-LARA § Case No. 16-02379
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 8,484.37 |
| leaving a balance on hand of[1] | $ | 3,515.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Dauphin County Tax Claim Bureau | $ 3,972.19 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Dauphin County Tax Claim Bureau | $ 5,715.47 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 3,515.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LEON P. HALLER | $ 1,700.00 | $ 0.00 | $ 1,700.00 |
| Trustee Expenses: LEON P. HALLER | $ 87.76 | $ 0.00 | $ 87.76 |
| Charges: CLERK US BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,137.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Remaining Balance                                                           $        1,377.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,705.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CAPITAL REGION WATER | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | CAPITAL REGION WATER | $ 262.82 | $ 0.00 | $ 15.28 |
| 5 | CAPITAL REGION WATER | $ 3,522.69 | $ 0.00 | $ 204.75 |
| 6 | DISCOVER BANK | $ 15,322.96 | $ 0.00 | $ 890.63 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 4,009.27 | $ 0.00 | $ 233.03 |
| 8 | CAPITAL TAX COLLECITON BUREAU | $ 588.00 | $ 0.00 | $ 34.18 |

Total to be paid to timely general unsecured creditors                $        1,377.87

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: LEON P. HALLER
TRUSTEE

*LEON P. HALLER*
*1719 NORTH FRONT STREET*
*HARRISBURG, PA 17102*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
LUIS ANGEL MORATO-LARA : CASE NO 1-16-02379-HWV
:
**Debtor** :

## CERTIFICATE OF SERVICE

      I certify that I am more than 18 years of age and that on September 17, 2018, I served a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the following parties in this manner:

Name and Address | Mode of Service
--- | ---
All creditors and parties as listed on attached matrix & parties list. | Regular First Class Mail<br>Postage Pre-Paid

Date: September 17, 2018

By:/s/ Lisa A. Rynard
Lisa A. Rynard, Esquire
Purcell, Krug & Haller
1719 North Front Street
Harrisburg, PA 17102

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:16-bk-02379-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Sep 17 09:01:35 EDT 2018 | ANTHONY PIERCE<br>1727 N 6TH ST<br>HARRISBURG, PA 17102-1108 | ANTHONY RODRIGUEZ  A.K.A. ANTHONY PIERCE<br>ANTHONY PIERCE RODRIGUEZ A.K.A.<br>1727 N 6TH ST<br>HARRISBURG, PA 17102-1108 |
| Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | CAPITAL REGION WATER<br>100 PINE DR<br>HARRISBURG, PA 17103-1260 | CAPITAL TAX COLLECTION BUREAU<br>PO BOX 60689<br>HARRISBURG, PA 17106-0689 |
| CITY TREASURER<br>10 North Second Street, Suite 103<br>HARRISBURG, PA 17101-1679 | Capital Tax Colleciton Bureau<br>506 S State Rd<br>Marysville, PA 17053-1001 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | DAUPHIN COUNTY TAX CLAIM BUREAU<br>P O BOX 1295<br>HARRISBURG, PA  17108-1295 | DAUPHIN COUNTY TREASURER<br>101 MARKET ST.  ROOM 105<br>HARRISBURG, PA 17101-2012 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Estate of Raymond G. White, Sr.<br>c/o Michael E. Yellot, Esquire<br>524 N. Providence Road, Suite 201<br>Media, PA 19063-3056 |
| Joshua I Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Leon P Haller<br>Purcell Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102-2392 | Leon P. Haller (Trustee)<br>Purcell, Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102-2392 |
| M & T Bank<br>Attn: Bankruptcy Dept.<br>110 Wehrle Drive<br>Buffalo, NY 14225 | MAGISTERIAL DISTRICT#: MDJ-12-2-04<br>1805 N CAMERON ST<br>HARRISBURG, PA 17103-1021 | Magisterial District Court 12-2-03<br>50 Canal Street<br>Middletown, PA 17057-1568 |
| Luis Angel Morato-Lara<br>1102 N. Second Street<br>Harrisburg, PA 17102-3108 | PPL ELECTRIC UTILITIES<br>827 HAUSMAN RD<br>ALLENTOWN, PA 18104-9392 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Stephen Wade Parker<br>Mooney and Associates<br>230 York Street<br>Hanover, Pa 17331-3272 | Penn Credit Corporatio<br>916 S 14th St<br>Harrisburg, PA 17104-3425 | Penn Credit Corporation<br>Attn: Bankruptcy<br>PO Box 988<br>HARRISBURG, PA 17108-0988 |
| Anthony Pierce<br>313 Peffer Street<br>Harrisburg, PA 17102-1834 | Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401-8703 | Thomas I Puleo<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |

| | | |
|---|---|---|
| Rebecca White<br>c/o Michael E. Yellot, Esquire<br>524 N. Providence Road, Suite 201<br>Media, PA 19063-3056 | Seterus<br>14523 Sw Millikan Way St<br>Beaverton, OR 97005-2352 | Southwest Credit Syste<br>4120 International Pkwy<br>Carrollton, TX 75007-1958 |
| Torres Crdit<br>27 Fairview<br>Carlisle, PA 17015-3200 | Torres Credit Srv<br>27 Fairview St Ste 301<br>Carlisle, PA 17015-3200 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK N.A. | (d)PPL Electric Utilities<br>827 Hausman Road<br>ALLENTOWN, PA 18104-9392 | End of Label Matrix<br>Mailable recipients   35<br>Bypassed recipients    2<br>Total                 37 |