UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In Re: §
§
LUIS ANGEL MORATO-LARA § Case No. 16-02379
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LEON P. HALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 186,783.50           Assets Exempt: 33,818.82
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,224.53    Claims Discharged
                                              Without Payment: 156,092.87

Total Expenses of Administration: 4,775.47

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 133,765.00 | $ 15,534.32 | $ 5,846.66 | $ 5,846.66 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,775.47 | 4,775.47 | 4,775.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 24,429.61 | 23,705.74 | 1,377.87 |
| **TOTAL DISBURSEMENTS** | $ 133,765.00 | $ 44,739.40 | $ 34,327.87 | $ 12,000.00 |

4) This case was originally filed under chapter 7 on 06/03/2016. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2018     By: /s/LEON P. HALLER
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE AT 1727 NORTH 6TH STREET, HARRISBURG, PA | 1110-000 | 5,000.00 |
| REAL ESTATE AT 2237 PENN STREET, HARRISBURG, PA | 1110-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Mortgage, Po Box 8703 Dayton, OH 45401 | | 4,974.00 | NA | NA | 0.00 |
| | Seterus, 14523 Sw Millikan Way St Beaverton, OR 97005 | | 128,791.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dauphin County Tax Claim Bureau | 4110-000 | NA | 3,972.19 | 0.00 | 0.00 |
| 2 | Dauphin County Tax Claim Bureau | 4110-000 | NA | 5,715.47 | 0.00 | 0.00 |
|  | FIRST TRUST | 4110-000 | NA | 5,826.66 | 5,826.66 | 5,826.66 |
|  | PNC | 4110-000 | NA | 20.00 | 20.00 | 20.00 |
| **TOTAL SECURED CLAIMS** |  |  | $ 133,765.00 | $ 15,534.32 | $ 5,846.66 | $ 5,846.66 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEON P. HALLER | 2100-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |
| LEON P. HALLER | 2200-000 | NA | 87.76 | 87.76 | 87.76 |
| CAPITAL REGION WATER | 2500-000 | NA | 407.47 | 407.47 | 407.47 |
| PRE-PAIDS | 2500-000 | NA | 322.74 | 322.74 | 322.74 |
| Signature Bank | 2600-000 | NA | 160.00 | 160.00 | 160.00 |
| CLERK US BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| KELLER WILLIAMS/CENTURY 21 HELM | 3510-000 | NA | 1,747.50 | 1,747.50 | 1,747.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,775.47 | $ 4,775.47 | $ 4,775.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CAPITAL REGION WATER | 7100-000 | NA | 723.87 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | CAPITAL REGION WATER | 7100-000 | NA | 262.82 | 262.82 | 15.28 |
| 5 | CAPITAL REGION WATER | 7100-000 | NA | 3,522.69 | 3,522.69 | 204.75 |
| 8 | CAPITAL TAX COLLECITON BUREAU | 7100-000 | NA | 588.00 | 588.00 | 34.18 |
| 6 | DISCOVER BANK | 7100-000 | NA | 15,322.96 | 15,322.96 | 890.63 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 4,009.27 | 4,009.27 | 233.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 24,429.61 | $ 23,705.74 | $ 1,377.87 |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Exhibit 8

| Case No: | 16-02379 | MDF | Judge: | Mary D. France | Trustee Name: | LEON P. HALLER |
|---|---|---|---|---|---|---|
| Case Name: | LUIS ANGEL MORATO-LARA | | | | Date Filed (f) or Converted (c): | 06/03/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/11/2016 |
| For Period Ending: | 12/14/2018 | | | | Claims Bar Date: | 04/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE AT 1102 NORTH 2ND STREET, HARRISBURG, PA | 172,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE AT 2237 PENN STREET, HARRISBURG, PA | 24,000.00 | 19,026.00 | | 7,000.00 | FA |
| 3. REAL ESTATE AT 1727 NORTH 6TH STREET, HARRISBURG, PA | 31,400.00 | 5,000.00 | | 5,000.00 | FA |
| 4. REAL ESTATE AT 2404 JEFFERSON STREET, HARRISBURG, PA | 22,200.00 | 0.00 | OA | 0.00 | FA |
| 5. 1996 FORD F37 F350-XL BOX TRUCK | 5,019.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS & FURNISHINGS - GENERAL | 1,722.50 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS & FURNISHINGS - BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 8. ELECTRONICS | 50.00 | 0.00 | | 0.00 | FA |
| 9. EQUIPMENT FOR SPORTS AND HOBBIES | 205.00 | 0.00 | | 0.00 | FA |
| 10. TOOLS OF TRADE | 950.00 | 0.00 | | 0.00 | FA |
| 11. TOOLS OF TRADE | 950.00 | 0.00 | | 0.00 | FA |
| 12. CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 13. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 14. CHECKING ACCOUNT @ FIRST NATIONAL BANK | 636.64 | 0.00 | | 0.00 | FA |
| 15. TIAA CREF RETIREMENT ACCOUNT | 2,328.18 | 0.00 | | 0.00 | FA |
| 16. CO-AUTHOR - 4 TEXTBOOKS | 1.00 | 0.00 | | 0.00 | FA |
| 17. 2 SELF-PUBLISHED POETRY BOOKS | 1.00 | 0.00 | | 0.00 | FA |
| 18. DOCTORAL THESIS | 1.00 | 0.00 | | 0.00 | FA |
| 19. 2015 FEDERAL TAX REFUND | Unknown | 0.00 | | 0.00 | FA |
| 20. 2015 STATE TAX REFUND | Unknown | 0.00 | | 0.00 | FA |
| 21. CLAIM FOR BACK RENT: ANTHONY PIERCE | 14,188.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $276,002.32 | $24,026.00 | $12,000.00 | $0.00 |
|  | | | (Total Dollar Amount in Column 6) | |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/21/16  Penn St under contract. Order  anticipated allowing sale of codebtor interest. Tentative agreement to sell 6th st.
01/31/17  Penn St sold.
04/30/17  Agreement to sell 6th st. Additional history from tenant requested.
07/30/17  Pending settlement of claim and deed transfer.
12/8/17   Received order approving 6th st transfer, Next: Set up settlement.
12/20/17  Awaiting payment and settlement.
01/08/18 Settlement 1727 N 6th St


Initial Projected Date of Final Report (TFR): 07/31/2017          Current Projected Date of Final Report (TFR): 03/16/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-02379 | Trustee Name: | LEON P. HALLER |
|---|---|---|---|
| Case Name: | LUIS ANGEL MORATO-LARA | Bank Name: | Signature Bank |
| | | Account Number/CD#: | XXXXXX0395 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0293 | Blanket Bond (per case limit): | $8,132,694.00 |
| For Period Ending: | 12/14/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/10/17 | | GREAT ROAD SETTLEMENT SERVICES LLC | 1/2 PROCEEDS OF SALE | | $1,175.63 | | $1,175.63 |
| | | | Gross Receipts $9,500.00 | | | | |
| | | FIRST TRUST | PAY OFF 1ST MORTGAGE ($5,826.66) | 4110-000 | | | |
| | | PNC | PAYOFF OF 2ND MORTGAGE ($20.00) | 4110-000 | | | |
| | | CAPITAL REGION WATER | DELINQUENT WATER ($407.47) | 2500-000 | | | |
| | | KELLER WILLIAMS/CENTURY 21 HELM | REALTOR COMMISSIONS ($1,747.50) | 3510-000 | | | |
| | | PRE-PAIDS | SCHOOL TAXES 01/04/2017 - 06/30/2017 ($322.74) | 2500-000 | | | |
| | 2 | | REAL ESTATE AT 2237 PENN STREET, HARRISBURG, PA $9,500.00 | 1110-000 | | | |
| 03/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,165.63 |
| 04/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,155.63 |
| 05/08/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,145.63 |
| 06/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,135.63 |
| 07/10/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,125.63 |
| 08/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,115.63 |

Page Subtotals: $1,175.63 $60.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-02379  
Case Name: LUIS ANGEL MORATO-LARA  
Taxpayer ID No: XX-XXX0293  
For Period Ending: 12/14/2018  

Trustee Name: LEON P. HALLER  
Bank Name: Signature Bank  
Account Number/CD#: XXXXXX0395  
Checking  
Blanket Bond (per case limit): $8,132,694.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,105.63 |
| 10/06/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,095.63 |
| 11/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,085.63 |
| 12/07/17 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,075.63 |
| 01/09/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,065.63 |
| 01/11/18 | 3 | ANTHONY M. PIERCE | PROCEEDS OF SALE Proceeds 1727 N 6th St Harrisburg | 1110-000 | $5,000.00 | | $6,065.63 |
| 01/31/18 | 1001 (2) | ANDREA MORATO-LARA | CO-OWNER 1727 NORTH 6TH STREET | 1110-000 | ($2,500.00) | | $3,565.63 |
| 02/07/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,555.63 |
| 03/07/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,545.63 |
| 04/06/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,535.63 |
| 05/07/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,525.63 |
| 06/07/18 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,515.63 |
| 10/23/18 | 1002 | LEON P. HALLER 1719 NORTH FRONT STREET HARRISBURG, PA 17102 | TRUSTEE COMMISSION | 2100-000 | | $1,700.00 | $1,815.63 |
| | | | Page Subtotals: | | $2,500.00 | $1,800.00 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | Exhibit 9 |
|---|---|---|
| Case No: 16-02379 | Trustee Name: LEON P. HALLER | |
| Case Name: LUIS ANGEL MORATO-LARA | Bank Name: Signature Bank | |
| | Account Number/CD#: XXXXXX0395 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0293 | Blanket Bond (per case limit): $8,132,694.00 | |
| For Period Ending: 12/14/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/23/18 | 1003 | LEON P. HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 | TRUSTEE EXPENSES | 2200-000 | | $87.76 | $1,727.87 |
| 10/23/18 | 1004 | CLERK US BANKRUPTCY COURT | COURT COSTS | 2700-000 | | $350.00 | $1,377.87 |
| 10/23/18 | 1005 | CAPITAL REGION WATER<br>100 PINE DR<br>HARRISBURG, PA 17103 | Final distribution to claim 4 representing a payment of 5.81 % per court order. | 7100-000 | | $15.28 | $1,362.59 |
| 10/23/18 | 1006 | CAPITAL REGION WATER<br>100 PINE DR<br>HARRISBURG, PA 17103 | Final distribution to claim 5 representing a payment of 5.81 % per court order. | 7100-000 | | $204.75 | $1,157.84 |
| 10/23/18 | 1007 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 6 representing a payment of 5.81 % per court order. | 7100-000 | | $890.63 | $267.21 |
| 10/23/18 | 1008 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 7 representing a payment of 5.81 % per court order. | 7100-000 | | $233.03 | $34.18 |
| 10/23/18 | 1009 | CAPITAL TAX COLLECITON BUREAU<br>506 S STATE RD<br>MARYSVILLE, PA 17053-1001 | Final distribution to claim 8 representing a payment of 5.81 % per court order. | 7100-000 | | $34.18 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,675.63 | $3,675.63 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,675.63 | $3,675.63 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,675.63 | $3,675.63 |

Page Subtotals: $0.00 $1,815.63

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0395 - Checking | $3,675.63 | $3,675.63 | $0.00 |
|  | $3,675.63 | $3,675.63 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $8,324.37 |
| Total Net Deposits: | $3,675.63 |
| Total Gross Receipts: | $12,000.00 |

Page Subtotals: $0.00 $0.00