```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02379-HWV
Luis Angel Morato-Lara                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 1    Date Rcvd: Apr 12, 2019
                      Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
db         #+Luis Angel Morato-Lara,   1102 N. Second Street,   Harrisburg, PA 17102-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
          Joshua I Goldman    on behalf of Creditor   PNC BANK N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Leon P Haller    on behalf of Trustee Leon P. Haller (Trustee) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          Leon P Haller    on behalf of Plaintiff Leon P. Haller (Trustee) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Stephen Wade Parker    on behalf of Debtor 1 Luis Angel Morato-Lara Mooneybkecf@gmail.com, r61895@notify.bestcase.com
          Thomas I Puleo    on behalf of Creditor   PNC BANK N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                               TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Luis Angel Morato–Lara,           Chapter     7

**Debtor 1**

Case No.     1:16–bk–02379–HWV

Social Security No.:
         xxx–xx–1899

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 12, 2019                                    By the Court,

                                                                         Honorable Henry W. Van Eck
                                                                         United States Bankruptcy Judge
                                                                         By: CGambini, Deputy Clerk

**fnldec** (05/18)